CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
__NASHVILLE__ DIVISION

Indictment (X)
Complaint ( )
Information ( )
Misdemeanor ( )
Felony (X)
Juvenile ( )

County of Offense: _Williamson_
AUSA's NAME: Monica R. Morrison
Reviewed by AUSA: MRM _MRM_
(Initials)

Philip Taylor Sobash
Defendant's Full Name

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
Defendant's Address

N/A
Defendant's Attorney

Interpreter Needed?  ___ Yes   _X_ No
If Yes, what language?

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. §§ 2251(a) and (e) | Sexual Exploitation of a Minor | Mandatory minimum sentence of 15 years, maximum sentence of 30 years* With a prior conviction, a mandatory minimum sentence of 25 years, maximum sentence of 50 years With two prior convictions, a mandatory minimum sentence of 35 years, maximum sentence of life | $250,000 |
| 2 | 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor to Engage in Prostitution or Unlawful Sexual Activity | Mandatory minimum sentence of 10 years, maximum sentence of life* | $250,000 |
| 3 | 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography | Mandatory minimum sentence of 5 year, maximum sentence of 20 years* With a prior conviction, a mandatory minimum sentence of 15 years and a maximum sentence of 40 years | $250,000 |

*Pursuant to 18 U.S.C. §3014, the defendant may be subject to an additional $5000 special assessment.

Is the defendant currently in custody?         ( ) Yes (X) No            If Yes, State or **Federal**? _
                                                                          Writ requested ( )
Has a complaint been filed?                    ( ) Yes (X) No
  If Yes: Name of Magistrate Judge          Case No.:
          Was the defendant arrested on the complaint?   ( ) Yes (X) No

Has a search warrant been issued?              (X) Yes ( ) No
  Yes:   Name of Magistrate Judge Newbern    Case No

Was bond set by Magistrate/District Judge: ( ) Yes  ( ) No   (x) Not Applicable        Amount of bond: _____

Is this a Rule 20? ( ) Yes (x) No     To/from what district? _____
Is this a Rule 40? ( ) Yes (x) No     To/from what district? _____

Is this case related to a pending or previously filed case? ( ) Yes   (x) No
What is the related case number? _____

Who is the Magistrate Judge? _____

Estimated trial time:    ___1 week___

The Clerk will issue a **warrant**    (Note: if information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (x)  No ( )  Recommended conditions of release: _____
_____