# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:24-cr-00217 Judge Trauger |
| Philip Taylor Sobash | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Philip Taylor Sobash                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2251(a) and (e) - Sexual Exploitation of a Minor
18 U.S.C. 2422(b) - Coercion and Enticement of a Minor to Engage in Prostitution or Unlawful Sexual Activity
18 U.S.C. 2252A(a)(2) - Receipt of Child Pornography

Date: 12/4/2024

*Issuing officer's signature*

City and state:     Nashville, TN

Jeremy Medley, Criminal Case Administrator
*Printed name and title*

---

| **Return** |
|---|

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Philip Taylor Sobash

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height: 5'9          Weight: 230lbs

Sex: Male          Race: White

Hair: Blonde          Eyes: Blue

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: None

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

N/A

Date of last contact with pretrial services or probation officer *(if applicable)*: N/A

Submit   Go