IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cr-00217 |
| | ) | |
| | ) | |
| PHILIP TAYLOR SOBASH | ) | |

**MOTION TO UNSEAL INDICTMENT**

COMES NOW the United States of America, by and through Thomas J. Jaworski, Acting United States Attorney, and the undersigned Assistant United States Attorney, Monica R. Morrison, and moves the court to unseal the Indictment now that the Defendant has been arrested.

A proposed order to unseal the Indictment accompanies this motion.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: *s/ Monica R. Morrison*
MONICA R. MORRISON
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151