CLOSED

# U.S. District Court [LIVE]
# Western District of Texas (Austin)
# CRIMINAL DOCKET FOR CASE #: 1:24–mj–00885–DH–1

| | |
|---|---|
| Case title: USA v. Sobash | Date Filed: 12/13/2024 |
| Other court case number: 3:24–00217 Middle District of Tennessee– Nashville Division | Date Terminated: 12/18/2024 |

Assigned to: Judge Dustin M. Howell

**Defendant (1)**

**Philip Taylor Sobash**  
*TERMINATED: 12/18/2024*

represented by **Angelica Cogliano**  
Cogliano & Miro, PLLC.  
505 W. 12th Street  
Suite 206  
Austin, TX 78701  
512–375–3303  
Fax: 877–497–8347  
Email: angelica@coglianolaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:2422.F–COERCION OR ENTICEMENT OF FEMALE/MALE | |

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Gabriel Aaron Cohen** <br> U.S. Attorney's Office <br> 903 San Jacinto Blvd., Suite 334 <br> Austin, TX 78701 <br> 512–370–1246 <br> Fax: 512–916–5854 <br> Email: gabriel.cohen@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br><br> **Sharon S. Pierce** <br> Assistant United States Attorney <br> 903 San Jacinto Blvd., Suite 334 <br> Austin, TX 78701 <br> (512) 916–5858 <br> Fax: 512–370–1281 <br> Email: sharon.pierce@usdoj.gov <br> *TERMINATED: 12/13/2024* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 12/13/2024 | 1 | Arrest (Rule 5/Rule 32.1) of Philip Taylor Sobash (SL) (Entered: 12/13/2024) |
| 12/13/2024 | 2 | MOTION to Detain Defendant without Bond by USA as to Philip Taylor Sobash. (SL) (Entered: 12/13/2024) |
| 12/13/2024 | 3 | NOTICE OF ATTORNEY APPEARANCE Gabriel Aaron Cohen appearing for USA. . Attorney Gabriel Aaron Cohen added to party USA(pty:pla) (Cohen, Gabriel) (Entered: 12/13/2024) |
| 12/13/2024 | 4 | Memorandum in support of by USA as to Philip Taylor Sobash re 2 MOTION to Detain Defendant without Bond (Cohen, Gabriel) (Entered: 12/13/2024) |
| 12/13/2024 | 5 | Minute Entry for proceedings held before Judge Dustin M. Howell:Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Philip Taylor Sobash held on 12/13/2024 (Minute entry documents are not available electronically.) (Court Reporter FTR–ERO Gold.) (SL) (Entered: 12/13/2024) |
| 12/13/2024 | 6 | NOTICE OF HEARING as to Philip Taylor Sobash Detention Hearing set for 12/18/2024 10:00 AM in Austin before Judge Dustin M. Howell, (SL) (Entered: 12/13/2024) |
| 12/13/2024 | | ORAL WAIVER OF IDENTITY HEARING by Philip Taylor Sobash (SL) (Entered: 12/13/2024) |
| 12/17/2024 | 7 | NOTICE OF ATTORNEY APPEARANCE: Angelica Cogliano appearing for Philip Taylor Sobash . Attorney Angelica Cogliano added to party Philip Taylor Sobash(pty:dft) (Cogliano, Angelica) (Entered: 12/17/2024) |

| 12/18/2024 | 8 | Minute Entry for proceedings held before Judge Dustin M. Howell:Detention Hearing as to Philip Taylor Sobash held on 12/18/2024 (Minute entry documents are not available electronically.) (Court Reporter FTR–ERO Gold.) (SL) (Entered: 12/18/2024) |
|---|---|---|
| 12/18/2024 | 9 | Order Regarding Due Process Protections Act as to Philip Taylor Sobash. Signed by Judge Dustin M. Howell. (SL) (Entered: 12/18/2024) |
| 12/18/2024 | 10 | ORDER GRANTING 2 Motion to Detain Defendant without Bond. as to Philip Taylor Sobash (1). Signed by Judge Dustin M. Howell. (SL) (Entered: 12/18/2024) |
| 12/18/2024 | 11 | COMMITMENT TO ANOTHER DISTRICT as to Philip Taylor Sobash. Defendant committed to Middle District of Tennessee, Nashville Division.. Signed by Judge Dustin M. Howell. (SL) (Entered: 12/18/2024) |