# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.

(1) Philip Taylor Sobash
*Defendant*

Criminal No.: **AU:24-M -00885(1)**

Date Appeared: December 13, 2024
Time: 11:07AM-11:15AM (8 minutes)

# PROCEEDING MEMO - INITIAL APPEARANCE

1. Indictment Filed — 12/4/2024 — Warrant Issued: 12/4/2024
   Arrested — 12/13/2024 — Agency: FBI

2. COURT PERSONNEL:

   - U.S. Magistrate Judge: DUSTIN M. HOWELL
   - Courtroom Deputy: Samantha Landeros
   - Pretrial Officer:
   - Interpreter:
   - Court Reporter: FTR Gold - ERO

3. APPEARANCES:
   - AUSA:
   - DEFT:

4. PROCEEDINGS:

   a. Age 34   Education 11th grade   Gender Male
   b. Defendant understands proceedings and is mentally competent. — Y
   c. Defendant is informed of constitutional rights. — Y
   d. Defendant understands charges. — Y
   e. If charged on complaint, Defendant informed of right to Preliminary Hearing. — N/A
   f. Defendant informed of right to legal counsel. — Y
      1) Defendant waives counsel.
      2) Defendant states he/she will retain counsel.
      X 3) Defendant states he has retained: Michael Connolly
         Phone No.:
      4) Defendant requests appointment of counsel.
         Defendant HAS NOT completed the CJA23 financial affidavit.
            Court will appoint counsel in the interest of justice based on deft's verbal accounting of his current financial status.
         Defendant HAS completed the CJA23 financial affidavit and the Court will appoint counsel because:
            The defendant is indigent at this time.
            Even though the defendant is not indigent, counsel will be appointed in the interests of justice.
         The Court finds that the defendant is NOT eligible and denies request.

PROCEEDING MEMO - INITIAL APPEARANCE
In Re: (1) Philip Taylor Sobash
Page 2 of 2 Pages

g.    PRE-TRIAL RELEASE:
     __X__ 1)   The Government makes ☐ oral or ☒ written motion for detention under 18 USC 3142. Court sets detention hearing for   12/18/24 at 10:00 a.m.
     _____ 2)   The Court sua sponte moves for detention. The detention hearing is set for _____ at _____
     _____ 3)   The Defendant ☐ is released ☐ will be released on the following conditions: Bond is set at $ _____

*(Check the following that apply:)*

| | | | |
|---|---|---|---|
| _____ | unsecured | _____ | unsecured with 10% posted to the registry |
| _____ | cash or corporate | _____ | additional sureties |
| _____ | 3rd party custodian | _____ | as set forth in the order setting conditions of release |

h.    Temporary Detention issued   12/23/2024    Arraignment set for   12/18/24 at 10:00 a.m.

i.    REMOVAL PROCEEDINGS:
     The Defendant is advised of Rule 20 and Rule 5 rights and ....
     _____ 1)   The Defendant waives Rule 5(c)(3)(D)(ii) and is detained pending removal to the _____. Detention hearing is to be held in that district.
     _____ 2)   The Defendant waives Rule 5 and is released on bond. The Defendant is ordered to appear in the _____ ☐ on _____ or ☐ when notified by the prosecuting district.
     _____ 3)   The Defendant is ☐ detained ☐ released on bond and requests Rule 5(c)(3) hearing. The Court sets hearing for _____

j.    Other:   Oral Waiver of Identity Hearing.