AO 470 (01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

United States of America

v.

Case Number: AU:24-M -00885(1)

(1) Philip Taylor Sobash
*Defendant*

## ORDER SCHEDULING A DETENTION HEARING

A [X] detention hearing and an [ ] identity hearing in this case is/are scheduled as follows:

| | | |
|---|---|---|
| Place: | 501 West 5th Street, Austin, Texas, 78701 | Courtroom No.: 3, 4th Floor |
| Presiding Judge: | Magistrate Judge Dustin Howell | Date and Time: December 18, 2024, at 10:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

If defendant chooses to waive hearing, a written waiver (see attached) must be signed by defendant and his/her counsel and filed by 4:00 p.m. the day before scheduled hearing.

December 13, 2024
*Date*

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE