```
MIME-Version:1.0
From:TXW_USDC_Notice@txwd.uscourts.gov
To:cmecf_notices@txwd.uscourts.gov
Bcc:
--Case Participants: Gabriel Aaron Cohen (caseview.ecf@usdoj.gov, gabriel.cohen@usdoj.gov,
linda.hoffman@usdoj.gov, usatxw.ecfau@usdoj.gov), Sharon S. Pierce
(caseview.ecf@usdoj.gov, linda.hoffman@usdoj.gov, usatxw.ecfau@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:31434044@txwd.uscourts.gov
Subject:Activity in Case 1:24-mj-00885-DH USA v. Sobash Waiver (Other)
Content-Type: text/html
```

## U.S. District Court [LIVE]

### Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 12/13/2024 at 1:11 PM CST and filed on 12/13/2024

| | |
|---|---|
| **Case Name:** | USA v. Sobash |
| **Case Number:** | [1:24–mj–00885–DH](#) |
| **Filer:** | Dft No. 1 – Philip Taylor Sobash |
| **Document Number:** | No document attached |

**Docket Text:**
**ORAL WAIVER OF IDENTITY HEARING by Philip Taylor Sobash (SL)**

**1:24–mj–00885–DH–1 Notice has been electronically mailed to:**

Gabriel Aaron Cohen &nbsp &nbsp gabriel.cohen@usdoj.gov, caseview.ecf@usdoj.gov, Linda.Hoffman@usdoj.gov, usatxw.ecfau@usdoj.gov

**1:24–mj–00885–DH–1 Notice has been delivered by other means to:**