# UNITED STATES MAGISTRATE JUDGE
# DETENTION HEARING

| | | | |
|---|---|---|---|
| CASE NO. | AU:24-M -00885(1) | LOCATION: | AUSTIN, TEXAS |
| DEFENDANT: | (1) Philip Taylor Sobash | ATTORNEY: | Angelica Cogliano |
| MAGISTRATE JUDGE: | DUSTIN M. HOWELL | AUSA: | Gabriel Aaron Cohen |
| CRD: | Samantha Landeros | INTERPRETER: | |
| COURT REPORTER: | FTR Gold - ERO | PRETRIAL OFFICER: | Jessica Ward |
| CSO: | Raymond Lemus | TIME: | 10:04AM-10:30AM (26 minutes) |
| HEARING DATE: | December 18, 2024 | | |

## PROCEEDINGS

| | |
|---|---|
| ☐ | WAIVER OF PRELIMINARY HEARING/ARRAIGNMENT FILED |
| ☐ | PRELIMINARY HEARING/ARRAIGNMENT HELD |
| ☐ | DEFENDANT SWORN |
| ☐ | COURT READ CHARGES TO DEFENDANT; DEFENDANT PLEADS NOT GUILTY |
| ☐ | COURT FINDS PROBABLE CAUSE |
| ☐ | DUE PROCESS WARNING GIVEN; ORDER FILED |
| X | DETENTION HEARING HELD |
| ☐ | WITNESS SWORN AND TESTIFIED |
| ☐ | EXHIBITS OFFERED AND ADMITTED |
| X | ARGUMENT OF COUNSEL HEARD |
| X | MOTION TO DETAIN GRANTED |
| X | COURT FINDS THERE ARE NO CONDITIONS TO BE SET |
| ☐ | CONDITIONS REVIEWED WITH DEFT WHO ACKNOWLEDGED UNDERSTANDING & SIGNED SAME |
| X | HEARING CONCLUDED |
| X | WRITTEN ORDER TO FOLLOW |

OTHER: