**MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**
**by VIDEO CONFERENCE**

U.S.A. v. Philip Sobash, No. 3:24-cr-217

**ATTORNEY FOR GOVERNMENT:** Rob McGuire appearing for Monica Morrison

**ATTORNEY FOR DEFENDANT:** Michael Connolly & Jennifer Thompson ☐ AFPD ☐ Panel ■ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ■ NO  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

■ **Defendant consents to appear before the Magistrate Judge by video**

■ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ■ ARRESTED ON: December 13, 2024
  DEFENDANT HAS A COPY OF:
  ☐ Complaint  ■ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other: _____
  ■ Defendant advised of the charges & maximum penalties    ■ Defendant advised of right to counsel
  ☐ Defendant provided the financial affidavit    ■ Counsel retained    ☐ FPD Appointed
  ■ Defendant advised of right to silence    ☐ Defendant advised of right to Consular Notification
  ■ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
  ☐ Government filed motion for detention    ☐ Defendant Waived detention hearing
  ☐ Defendant temporarily detained    ☐ Defendant reserved right to hearing in future
  ■ Defendant to remain in Federal custody    ☐ Defendant to be returned to state custody
  ☐ Defendant to remain on current conditions of supervised release
  ☐ Defendant released on:
      ☐ Standard  ☐ Special  ☐ Appearance Bond: _____  ☐ Property Bond
  ☐ RULE 5- Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
  ☐ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**    (Waiver of Indictment executed)
■ **ARRAIGNMENT**
  ■ Defendant acknowledges receipt of Indictment/Information    ☐ Indictment/Information read to Defendant
  ■ Defendant waived reading thereof    ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY  ■ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

**DATE:** January 17, 2025    **TOTAL TIME:** 7 minutes    2 minutes AR / 5 minutes IA
**BEGIN TIME:** 1:42 p.m.    **END TIME:** 1:49 p.m.
☐ Digitally Recorded  ☐ Court Reporter: _____