IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | ) ) ) | |
| v. | ) ) ) | Case No. 3:24-cr-00217<br>Magistrate Judge Frensley |
| PHILIP TAYLOR SOBASH<br>    Defendant | ) ) | |

**O R D E R**

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedures, as amended by Due Process Protections Act, the Court confirms the United States' obligation to produce information and material that is exculpatory within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so reasonably promptly upon discovery, as required by Local Rule 16.01(a)(3). Failure to produce exculpatory evidence and material in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or other sanctions by the Court.

    IT IS SO ORDERED.

                                                    JEFFERY S. FRENSLEY
                                                    United States Magistrate Judge