> Motion GRANTED.
> A change of plea hearing is set for 10/2/2025 at 11:00 a.m.
>
> /s/ Aleta A. Trauger

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:24-cr-00217 |
| | ) JUDGE TRAUGER |
| PHILIP TAYLOR SOBASH, | ) |
| Defendant. | ) |

## MOTION TO SET CHANGE OF PLEA HEARING

Comes now the Defendant, Philip Taylor Sobash, by and through undersigned counsel, and hereby gives notice that the parties have reached an agreement to resolve this matter, and respectfully moves this Honorable Court for the entry of an Order setting a Change of Plea Hearing.

Undersigned counsel and the government have conferred with the Court's courtroom deputy about potential scheduling options, and the parties have agreed to October 2, 2025 as a suitable date for a Change of Plea Hearing.

**WHEREFORE,** based on the foregoing, Mr. Sobash would respectfully request the Court grant the relief requested herein.

Respectfully Submitted,

*/s/Jennifer Lynn Thompson*
Jennifer Lynn Thompson
Attorney for Mr. Sobash
3200 West End Avenue, Suite 500
Nashville, TN 37203
(615) 320-4344
nashvilleattorney@gmail.com

*/s/ Michael J. Connolly*
Michael J. Connolly, Esq.