# EXHIBIT B

May 1, 2026

Honorable Judge Trauger,

I would like to thank you for taking the time to read this letter and to consider the person my son, Philip Sobash, truly is — a compassionate, intelligent, and service-minded individual who has devoted his life to helping others in the medical field. I also wish to express our family's deepest sympathy for everyone affected by this case. We understand the seriousness of the matter, and my intention in writing is not to diminish its importance, but to help provide perspective and context about Philip's character, his lifelong dedication to others, and his genuine potential for rehabilitation.

From an early age, Philip demonstrated a rare drive and empathy for others. He was determined to become a physician, not for prestige or wealth, but because he felt a calling to serve. His journey began in high school and continued relentlessly through college, medical school, and residency. He did all this while personally battling Wilson's disease, a serious and potentially life-threatening condition. His perseverance through years of difficult treatments, long hours of study, and clinical rotations was remarkable. He sacrificed much of what most young people enjoy — his twenties and much of his thirties were dedicated entirely to becoming the kind of doctor who could ease suffering and improve lives.

Those who collaborated with him — professors, colleagues, and patients alike — consistently described Philip as compassionate, hardworking, and deeply ethical. He excelled academically and professionally, eventually publishing numerous medical articles and research studies that continue to inform and improve patient care. His work has lasting value in the medical community. Yet despite these achievements, he remained humble, approachable, and kind-hearted. He cared not only for the science of medicine but for the people behind it.

Philip's ability to communicate complex medical ideas in ways patients could understand was one of his greatest gifts. He could sit with a frightened patient and translate fear into understanding, confusion into hope. Beyond his clinical skill, he pursued an additional master's degree and was close to completing an MBA — not for personal advancement, but to better understand the healthcare system and improve outcomes for patients on a larger scale.

Like all of us, Philip is human and has made mistakes. But I know the man my son is at his core — empathetic, intelligent, remorseful, and determined to grow from this experience. He does not minimize his errors; he accepts responsibility and the consequences that come with them. What he hopes for, and what we as a family humbly ask for, is the opportunity for rehabilitation rather than destruction — the chance for him to rebuild his life and once again contribute to society in a positive way.

Philip has deep internal strength and moral compass shaped by years of caring for others. Those qualities remain intact. He has the support of a large and loving family who will stand beside him through every step of this process and beyond. We are committed to helping him reestablish himself as a productive, responsible, and compassionate member of the community. Given his skills, education, and proven capacity for service, we are confident that Philip will not only

rehabilitate successfully but will continue to give back in ways that can help others and honor the values this court seeks to uphold.

Your Honor, we respectfully ask that you consider leniency in sentencing — an outcome that recognizes both accountability and the potential for redemption. Philip's life has been devoted to healing; we ask for the chance for him to heal, too. We believe strongly that mercy in this case would not be misplaced, and that the community will be better served by allowing Philip the opportunity to rebuild his life and to use his abilities once again in service to others.

Thank you for your time, compassion, and consideration in understanding who Philip truly is and the positive impact he has made — and can continue to make — in this world.

Respectfully submitted,

Frank Sobash

**From:** Vicky McCollim <vicky.mccollim@gmail.com>
**Sent:** Tuesday, January 13, 2026 11:21 PM
**To:** Connolly, Michael J. <mconnolly@hinckleyallen.com>; FSOBASH@sconcology.net
**Subject:** Philip Sobash character letter

**EXTERNAL EMAIL**

**Patrick & Victoria McCollim**

19731 Lake Stone Ct

Tomball, TX. 77377

Vicky.McCollim@gmail.com

832-953-6170

January 13, 2026

**Re: Sentencing of Philip Sobash**

Dear Honorable Judge,

We are writing this letter on behalf of our nephew, Philip Sobash, whom we have known his entire life. We understand that Philip has pleaded guilty to the charges against him, and we respect the seriousness of his actions and the judicial process.

With a heavy heart, we respectfully ask the Court to consider showing mercy when determining his sentence. Philip deeply regrets his conduct and is committed to making positive changes in his life. We firmly believe that he would benefit most from ongoing counseling and a strong support system—resources we know he will need throughout his life. In our view, these needs would be best met under the close guidance and supervision of his loving family, rather than in a setting removed from that support.

Philip is surrounded by a strong network of family and loved ones who are fully prepared to stand by him. His father—my brother—has been, and will continue to be, a steadfast source of guidance and accountability.

Despite the mistakes he has made, Philip has shown tremendous potential. Through his studies and efforts in the past, he has demonstrated that, with determination and hard work, he is capable of achieving meaningful accomplishments. We truly believe that, given the opportunity, he can learn from this experience, take responsibility for his actions, and go on to contribute positively to society.

Thank you for taking the time to consider this letter and for your thoughtful consideration of Philip's future. We are available at the contact information provided above should you wish to discuss this matter further.

Patrick & Victoria McCollim

Uncle/Aunt of Philip Sobash

Vicky McCollim
832-953-6170

April 30, 2026

Re: Philip Sobash Letter of Support

Honorable Judge Trauger,

Thank you for taking the time to read this letter and to consider the full context of Philip's life and character. I write to you not only as a physician, but as someone who has known and mentored Philip closely throughout his training. I also wish to express my sincere sympathy to all those affected by this matter. I recognize the seriousness of the circumstances before the Court.

I first came to know Philip during a formative period in his medical career. From the beginning, what stood out to me was not simply his intelligence, but his depth of commitment. Medicine was never just an academic pursuit for him — it was a deeply held calling. He approached his education with unusual discipline and humility, often seeking feedback, asking thoughtful questions, and demonstrating a genuine desire to grow.

Philip's journey was not without personal challenges. Living with Wilson's disease required resilience and careful self-management, yet he never used it as an excuse. Instead, it deepened his empathy. I observed that he connected with patients in a way that felt sincere and grounded. He had a natural ability to sit with individuals facing frightening diagnoses and explain complex medical information in terms they could understand. That combination of clinical competence and human presence is rare.

Over the years, I saw Philip sacrifice much of his personal time to meet the demands of medical training — long hours, research responsibilities, and the emotional weight that comes with caring for extremely ill patients. He was dependable, collaborative with colleagues, and respectful of those around him. His contributions to research and publication were driven not by ambition alone, but by a desire to improve care and meaningfully contribute to the field. He also pursued additional graduate education to better understand healthcare systems, reflecting his long-term commitment to improving patient outcomes.

I do not write to excuse mistakes or to minimize the gravity of the situation before you. Rather, I write to share the person I have known over many years — a man of intelligence, compassion, perseverance, and capacity for growth. In medicine, character is revealed over time, particularly under stress. In those moments, I saw in Philip a thoughtful and conscientious physician who cared deeply about doing right by his patients. I believe he retains the capacity to learn from this experience and to rebuild his life in a constructive and meaningful way. I remain personally willing to support him in that process in whatever way is appropriate.

Thank you for your time and thoughtful consideration.

Respectfully submitted,

Mohammed EL Geneidy, MD

April 30, 2026

Judge Trauger,

I write this letter to you with a heavy and conflicted heart. I am deeply saddened by the circumstances that have brought Philip Sobash before your court. What has happened is tragic, and I want to be clear that nothing I say here is meant to excuse or lessen the seriousness of his actions or the harm they have caused. There is real accountability that must be faced.

At the same time, I feel compelled to share with you the person I have known for the past 23 years.

I met Philip when he was just a young teenager, after he moved to Columbia, South Carolina in 2003. Over the years, I came to see him almost as a younger brother. I had the privilege of watching him grow up—through the awkward and formative high school years, into adulthood. I tried to be someone he could lean on, someone who could offer guidance when life felt uncertain.

The Philip I have known for more than two decades is someone who brought lightness and kindness into the lives of others. He had a natural way of making people feel comfortable and included, no matter who they were or where they came from. That ability to connect—effortlessly and sincerely—was something that always stood out to me.

One of the clearest reflections of how much he meant to me is that I asked him to stand beside me as a groomsman in my wedding. He spent that weekend surrounded by my closest friends, most of whom were ten years older than him, and he fit in as if he had known them his whole life. That was Philip—genuine, easygoing, and deeply likable.

Some of my most personal memories are simpler ones. Philip coming by during the holidays, sitting with my family, laughing, and playing with my children in the backyard. My kids adored him. They still ask about him. To them, he was the fun, kind adult who gave them his full attention and made them feel important. To me, those moments spoke volumes about the kind of person he was at his core.

That is why learning about what happened has been so difficult to process. I was shocked. I was heartbroken. And I am still trying to reconcile the person I have known for so long with the actions that have brought him here.

I am disappointed in him. I won't pretend otherwise. But my disappointment exists alongside something else that has not changed—I still care deeply about him, and I still

believe in his capacity to be better than the worst decision he has made. I believe he is capable of genuine remorse, of growth, and of becoming someone who contributes positively again.

Your Honor, I understand the weight of the responsibility before you. I do not envy the decisions you must make. I simply ask, with as much sincerity as I can offer, that you consider the full measure of Philip's life and character as I have experienced it over 23 years. I hope that, within the bounds of justice, there is room for mercy and for the possibility of redemption.

Thank you for taking the time to read this and for considering my perspective.

Respectfully,

J. Wade Bonner

May 7, 2026

Jennifer Thompson
3200 West End Ave.
Suite 500
Nashville, TN 37203

Re: Philip Sobash

Dear Honorable Judge Trauger,

I am writing to you today as the aunt of Philip Sobash, who is currently awaiting sentencing in your court. My deepest sympathy goes to everyone affected by this case! My intention in writing this letter is not to minimize the seriousness of this case, but to rather offer some perspective on Philip.

From a very early age, Philip made up his mind to become a doctor. To his family, it seemed he dedicated his entire life to this journey. He missed numerous family events because of his dedication to this goal. He spent countless hours studying and researching. He published papers and research that have helped doctors and patients alike. Even after medical school, residency, and an oncology fellowship, he pursued additional education to get an MBA with an emphasis on improving healthcare and how the healthcare system serves patients. The path he chose required a great deal of discipline and commitment. From our perspective, his entire adult life has been defined by his commitment to advancing the field of medicine.

Your honor, I humbly ask that you consider leniency and a rehabilitative path in his sentencing. We are painfully aware of the mistakes that he has made and I pray that God can work in his heart and life and use this chapter as a turning point in his life!

Thank you for your time and for considering this personal perspective as you make your decision.

Respectfully,

Connie Glover

Connie Glover

Edward Sobash
3031 Amherst St
Houston, TX 77005
edsobash@swbell.net
(713) 504-3679
16 January 2026

Re: Character Reference for Philip Sobash

Your Honor,

I am writing to provide a character reference for my nephew, Philip Sobash, who is appearing before you. My name is Edward Sobash, and I am a Project Manager who lives in Houston, TX.  Even though we've never lived in the same town, I have known him since he was born, and I have watched him grow.

In the time I have known Philip, he has shown himself to be a considerate and hardworking individual. For example, as a student he excelled in academics and was a model student. He has always been devoted to our family and provided care for my father as he was dealing with end stage cancer. These qualities reflect the true character of the nephew I know and love.

I respectfully ask that Your Honor consider this insight into Philip's character when making your decision. He is a young man with potential, surrounded by a supportive family who will stand by him. I humbly request that the Court show mercy in its sentencing, allowing him the opportunity to rehabilitate himself, make amends, and continue contributing positively to his family and community.

Thank you for your time and consideration. I am happy to provide any additional information if needed and can be reached at (713) 504-3679 or edsobash@swbell.net.


Sincerely,

Edward Sobash

May 6, 2026

Honorable Judge Trauger,

Thank you for taking the time to read this letter and to consider my perspective regarding Philip Sobash. I also wish to express my sympathy for all those affected by this matter. I fully understand the seriousness of the circumstances before the Court, and nothing in this letter is intended to diminish that.

I have known Philip since his high school years and have had the opportunity to watch him grow and mature over time. Throughout those years, I observed his determination to pursue a career in medicine. He worked diligently and remained committed to that goal, despite the many years of education and sacrifice required.

One quality that has always stood out to me is Philip's willingness to help others, often before being asked. That instinct speaks volumes about his character.

I vividly recall a moment after one of his high school football games when Philip carried my twin daughters on his shoulders so they could join him at a Chick-fil-A tailgate. It was a simple act, but it reflected the warmth and kindness he naturally showed to others, especially children and family friends.

Years later, when my first wife became quadriplegic, our family faced one of the most difficult periods of our lives. Before she returned home from the hospital, Philip came and helped me make necessary renovations to prepare for her care. He did so without recognition or prompting—he simply saw that we were in need and stepped forward. That quiet willingness to help others has been consistent throughout the many years I have known him.

I also remember when a hurricane was approaching Charleston, and Philip personally drove my daughter and several of her friends out of the area to ensure their safety. As a parent, that meant a great deal to me. I trusted him completely because I knew him to be responsible, calm under pressure, and deeply concerned for the well-being of others.

Even after leaving for college and medical school, Philip remained closely connected to family and longtime friends. When he returned home, we often gathered at his grandmother's house—sharing meals, conversation, and laughter. Some of my fondest

memories of Philip come from those afternoons, witnessing the person he continued to become.

Over the years, I have come to know Philip as kind, compassionate, intelligent, and genuinely personable. Like anyone, he has made mistakes. I am not writing to excuse those mistakes or to suggest he should avoid accountability. However, I firmly believe that one failure should not define an entire life. Philip has much more to offer, and I believe he has the capacity to learn, grow, and rebuild from this experience.

I have also known Philip's family for more than 25 years. They are loving, supportive, and deeply committed to him. He has a strong foundation that will continue to guide him through this difficult time.

Your Honor, I respectfully ask that you consider not only the circumstances that brought Philip before the Court, but also the many years of character, compassion, and potential that I—and many others—have witnessed in him. I truly believe he is capable of redemption and of continuing to contribute positively to society.

Thank you for your time, consideration, and service.

Respectfully submitted,

Scott Sorenson

May 4, 2026

The Honorable Judge Trauger

Dear Judge Trauger,

My name is Randall Thomas, and I am writing to you on behalf of my stepson, Philip Sobash. I am a retired sales manager and have known Philip for 30 years, since I married his mother. During this time, I have developed a close relationship with him and observed his character in a personal capacity.

I am fully aware of the serious charges Philip is facing and the gravity of the situation. While I do not condone his actions, I wish to provide the court with insight into his character beyond the details of this case.

 Philip has always demonstrated a strong sense of responsibility toward his younger sibling, often helping her with homework and acting as a positive role model in the home. For example, he reviewed her math homework and walked her through how to check her answers. Philip expresses deep remorse for his actions and understands the harm caused. He has recently wrote a letter to his sister demonstrating a genuine desire to change his path and make a positive impact on his family and community in the future.

I love and support Philip and will continue to be a part of his support system following sentencing, ensuring he stays on a productive path. I respectfully ask that you consider this perspective of his character when determining a fair and just sentence.

Thank you for your time and consideration of this letter.

Sincerely,

Randall Thomas
10430 Meltabarger Lane
Knoxville, TN 37932
865-742-4757
ranthomas@charter.net

May 6, 2026

Dear Honorable Judge Trauger,

I am writing this letter in support of my son, Philip Sobash, as you consider his sentencing. As his mother, I know him in a way beyond the circumstances that have brought him before the court, and I hope to offer a fuller picture of who he is as a person.

Philip has always been deeply loved and valued by his family. He has shown kindness, loyalty and a desire to always help others, with family and community.

While in middle school he was diagnosed with Wilson's disease and will always be on medication for that. He was drawn to help others as his doctors had for him. He made a plan for college, medical school and residency. So much determination and lots of sacrifice during all those years, and he stuck with it; so determined.

While he now faces consequences for his actions, this moment does not define the entirety of his character. He has expressed genuine remorse for his actions and the impact they had on others. He is capable of growth and committed to making better choices moving forward. I am confident he will work to rebuild trust and contribute positively to society.

Our family will stand by him in medical, emotional, and moral support to move forward.

I respectfully ask the Court to consider his potential for rehabilitation alongside the circumstances of this case. Thank you for taking the time to read my letter and considering my perspective.

Sincerely,

Millie Thomas

Millie Thomas
10430 Meltabarger Ln
Knoxville, TN 37932
865-748-5100
milthomas@charter.net