# EXHIBIT C

FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry     12/19/2024

On December 13, 2024, Federal Bureau of Investigation (FBI) Special Agents (SA) Richard Blomstrom, Enrique Castillo, Charles Owens, and Brandy Horton were involved in securing the residence at 5001 Rob-Scott Street, Unit 2, Austin, Texas (the residence), for the service of a Federal Arrest Warrant and a Federal Search Warrant. During the course of securing the residence, the following observations of note were made:

SA Blomstrom and SA Castillo were at the back-left corner of the residence when the emergency lights and sirens were initiated at the front of the house. Approximately 20 seconds after the sirens were turned on, SA Castillo observed the rear door of the residence appear to be opened, and a black dog came down the stairs at the rear of the residence. Approximately 30 seconds after the sirens were initiated, SAs Blomstrom and Castillo observed an item was thrown from the back patio of the residence into the yard of the neighboring house directly behind the residence. SAs Blomstrom and Castillo issued oral commands, and a person matching the description of Philip Sobash came down the stairs from the rear patio. SAs Blomstrom and Castillo did not observe anyone else on the rear patio.

Once the target residence was secured, SA Owens, SA Horton, and SA Kyle Vidock, drove to 1613 Meander Drive, Austin, Texas, the house directly behind the target residence.  Verbal consent from the occupant of 1613 Meander Drive was obtained to enter the backyard to search for the object thrown by captioned subject, Philip Sobash.  In the backyard, Agents located a silver in color external hard drive laying on the ground near the privacy fence separating the target residence (see attached photographs).  The hard drive was seized as evidence and returned to the target residence.

Investigation on   12/13/2024   at   Austin, Texas, United States (In Person)

File #   305H-HQ-3911757                                                    Date drafted   12/13/2024

by   Richard Blomstrom, CASTILLO ENRIQUE, Charles M. Owens, HORTON BRANDY DANIELLE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.